B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Quantason, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>27-0614679 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>Howard Hughes Center<br>6080 Center Drive, Suite 910<br>Los Angeles, California ZIP CODE 90045 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Quantason, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                          Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Quantason, LLC |
|---|---|

### Signatures

<table>
<tr>
<td colspan="1">

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

</td>
<td colspan="1">

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
<tr>
<td colspan="1">

**Signature of Attorney***

X _~~Jeff Martin~~_ _____
    Signature of Attorney for Debtor(s)
    R. Craig Martin
Printed Name of Attorney for Debtor(s)
    DLA Piper, LLP (US)
Firm Name
    1201 N. Market Street, Suite 2100
    Wilmington, DE 19801
Address
    (302) 468-5700
Telephone Number
    04/23/2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td colspan="1">

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

</td>
</tr>
<tr>
<td colspan="1">

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~~signature~~_ _____
    Signature of Authorized Individual
    Lawerence R. Perkins
Printed Name of Authorized Individual
    President and CEO
Title of Authorized Individual
    04/23/2014
Date

</td>
<td colspan="1">

_____
Address

X _____
    Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
</table>

### UNANIMOUS WRITTEN CONSENT
### OF THE CLASS A UNIT HOLDERS AND
### BOARD OF MANAGERS OF
### QUANTASON, LLC

The undersigned, constituting all of the Class A Unit Holders and members of the Board of Managers of Quantason, LLC, a Delaware limited liability company (the "Company"), and acting pursuant to the Fourth Amended and Restated Operating Agreement of the Company, hereby adopt the following resolutions, in their capacity as Class A Unit Holders and Managers as applicable, by written consent, effective as of March 21, 2014.

**WHEREAS**, upon careful consideration and after seeking alternative solutions, the following resolutions were adopted and recorded in the minute book of the Company, and they have not been modified or rescinded and are still in full force and effect:

**RESOLVED**, that it is desirable and in the best interests of the Company, its creditors, shareholders, employees and other interested parties, to file a voluntary petition (the "Petition") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and the same is hereby authorized and approved; and it is further.

**RESOLVED**, that the Managers and Chief Executive Officer (each an "Authorized Person," and together the "Authorized Persons") be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company to prepare, execute and verify the Petition in such form as the officer executing the same shall deem appropriate and as required by law and to file such petition, thereby commencing the chapter 11 case in the Bankruptcy Court together with such statements, schedules, exhibits and reports as may be required from time to time by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or order of court, and to prepare and execute all other papers and take all other actions necessary or appropriate in connection with the Company's chapter 11 case, or any superseding or other bankruptcy case; and it is further.

**RESOLVED**, that it may be desirable and in the best interests of the Company that the Company sell its assets and, therefore, the Company is hereby authorized to enter into a sales process in connection with the chapter 11 case for the purpose of effectuating a sale or sales of the Company's assets, and the Company is further authorized to file a motion to approve such sale or sales and for any related relief and to close such sale or sales, subject to Bankruptcy Court approval in the Company's chapter 11 case; and it is further.

**RESOLVED**, that the law firm of DLA Piper LLP (US) shall continue to be, and hereby is, engaged as bankruptcy counsel for the Company, subject to any requisite approval of the Bankruptcy Court; and it is further.

**RESOLVED**, that each Authorized Person is hereby severally authorized, directed and empowered, in the name of and on behalf of the Company, to engage professionals and advisors that such Authorized Person may deem necessary, proper, or desirable in connection with the Company's chapter 11 case, whether or not any such professional or advisor is currently providing services to the Company, subject to any requisite approval of the Bankruptcy Court; and it is further.

**RESOLVED**, that each Authorized Person is hereby severally authorized, directed and empowered, in the name of and on behalf of the Company, to execute, verify and cause to be filed requests for first-day relief from the Bankruptcy Court that such Authorized Person may deem necessary,

PS            _E. P._

proper, or desirable in connection with the Petitions, with a view to the successful prosecution thereunder; and it is further,

RESOLVED, that each Authorized Person is hereby severally authorized, directed and empowered, in the name of and on behalf of the Company, (i) to take or cause to be taken any and all actions, and to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (ii) to make or cause to be made all federal, state and local governmental, administrative and/or regulatory filings as may be required or advisable under the laws or regulations of any jurisdiction, and (iii) to negotiate, enter into, execute, deliver and perform all other documents, agreements, certificates or instruments as may be necessary, appropriate, convenient or proper, in each case to effectuate the intent of, and the transactions contemplated by, the foregoing resolutions, and the execution and delivery thereof by such Authorized Person is to be conclusive evidence of such approval; and it is further,

RESOLVED, that each Authorized Person is hereby severally authorized, directed and empowered to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such Authorized Person shall be necessary, proper, and desirable to prosecute to a successful completion the Company's chapter 11 cases consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, such Authorized Person's authority thereunto to be evidenced by the taking of such actions; and it is further,

RESOLVED, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Company by any Authorized Person prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved; and it is further

RESOLVED, that notwithstanding the execution of this Unanimous Written Consent, none of the Class A Unit Holders shall be deemed to have waived, and do hereby explicitly reserve, all rights to make and/or file any objection or opposition that any of them may deem appropriate with respect to any action taken by the Company in connection with or related to the chapter 11 case, including but not limited to, a sale of Company assets.

*[Signature page follows]*

PS       *E.P.*

This Unanimous Written Consent of the Class A Unit Holders of Quantason, LLC has been executed effective as of the date first written above. This Unanimous Written Consent may be executed in counterparts, each of which shall be deemed an original and all of which shall constitute a single instrument.

3/21/14  _____          _____
         Edmond Rambod                            Edward Ray

3/24/14  _____          _____
         Peter S. Seidel                          Robert M. Snukal

WEST:247227558.4

This Unanimous Written Consent of the Class A Unit Holders of Quantason, LLC has been executed effective as of the date first written above. This Unanimous Written Consent may be executed in counterparts, each of which shall be deemed an original and all of which shall constitute a single instrument.

3/21/14

_____
Edmond Rambod

_____
Edward Ray

_____
Peter S. Seidel

_____
Robert M. Snukal

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11
                                        :
Quantason, LLC,[1]                      :   Case No. 14-xxxxxx (XXX)
                                        :
            Debtor.                     :
                                        :
------------------------------------------------------------x
```

## LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case (the "Debtor") filed a voluntary petition in this Court on April 23, 2014 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtor's twenty largest unsecured creditors (the "Top 20 List"), based on the Debtor's books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor. The failure of the Debtor to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of any such claim.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME , TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>C<br>U<br>D<br>S | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Myles Gothelf<br>(Former CEO of Debtor)<br>5000 Parkway Calabasas #220<br>Calabasas, CA 91302 | N/A | Unpaid salary, accrued vacation and severance. | D | $310,876.18 |

---

[1] The mailing address for Quantason, LLC is Howard Hughes Center 6080 Center Drive, Suite 910 Los Angeles, California 90045.

1

| (1)<br><br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br><br>NAME , TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br><br>NATURE OF CLAIM<br>(trade debt, bank loan, government contract, etc.) | (4)<br><br>C<br>U<br>D<br>S | (5)<br><br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Continuum<br>1220 Washington Street<br>West Newton, MA 02465 | Continuum<br>1220 Washington Street<br>West Newton, MA 02465 | Trade Debt | | $23,867.98 |
| Polytec, Inc. (West Coast)<br>16400 Bake Pky, Suite 200<br>Irvine, CA 62618 | Polytec, Inc. (West Coast)<br>16400 Bake Pky, Suite 200<br>Irvine, CA 62618 | Trade Debt | | |
| Matthew Pelc<br>415 Chase Avenue<br>Los Angeles, CA 90066 | N/A | Accrued Vacation | D | $273.97 |
| State of Delaware<br>Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | State of Delaware<br>Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | Taxes | | $243.25 |
| Capital Corporate Services, Inc.<br>1111B. South Governors Ave.<br>Dover, DE 19904 | Capital Corporate Services, Inc.<br>1111B. South Governors Ave.<br>Dover, DE 19904 | Trade Debt | | $200.00 |

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                            :
In re                                       :  Chapter 11
                                            :
Quantason, LLC,¹                            :  Case No. 14-xxxxxx (XXX)
                                            :
            Debtor.                         :
                                            :
-------------------------------------------------------x
```

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS

I, Lawrence R. Perkins, CRO of Quantason, LLC, a Delaware limited liability corporation and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Creditors Holding the Twenty Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated:  April 23, 2014

Name: Lawrence R. Perkins
Title: CRO

---

¹ The mailing address for Quantason, LLC is Howard Hughes Center 6080 Center Drive, Suite 910 Los Angeles, California 90045.

1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------x
                                          :
In re                                     :  Chapter 11
                                          :
Quantason, LLC,[1]                        :  Case No. 14-xxxxxx (XXX)
                                          :
              Debtor.                     :
                                          :
------------------------------------------------------------x
```

## LIST OF CREDITORS

The debtor in this chapter 11 case (the "Debtor") filed a petition in this Court on April 23, 2014 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of the petition, the Debtor filed a list of creditors (the "Creditor List"). Due to its voluminous nature, the Creditor List is being submitted to the Court electronically as an attachment hereto.

[information provided in electronic format]

---

[1]    The mailing address for Quantason, LLC is Howard Hughes Center 6080 Center Drive, Suite 910 Los Angeles, California 90045.

1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                        :
In re                                   :  Chapter 11
                                        :
Quantason, LLC,[1]                      :  Case No. 14-xxxxxx (XXX)
                                        :
          Debtor.                       :
                                        :
-----------------------------------------------------------x
```

## DECLARATION REGARDING CREDITOR LIST

I, Lawrence R. Perkins, CRO of Quantason, LLC, a Delaware limited liability corporation and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the Creditor List submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated:  April 23, 2014

Name: Lawrence R. Perkins
Title: CRO

---

[1]     The mailing address for Quantason, LLC is Howard Hughes Center 6080 Center Drive, Suite 910 Los Angeles, California 90045.

1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11
                                        :
Quantason, LLC,[1]                      :   Case No. 14-xxxxxx (XXX)
                                        :
         Debtor.                        :
                                        :
------------------------------------------------------------x
```

## LIST OF EQUITY SECURITY HOLDERS[2]

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities/ Kind of Interest |
|---|---|---|
| Edmond Rambod<br>Bel Air Crest<br>11731 Folkstone Lane<br>Los Angeles, California 90077-1311 | Class A | 51.22% |
| Robert M. Snukal<br>516 23rd Street<br>Santa Monica, CA 90402 | Class A | 17.53% |
| Peter Seidel<br>1031 North Crescent Heights Boulevard, Suite 2A<br>West Hollywood, California 90046 | Class A | 8.72% |
| Edward Ray<br>1011 Morris Avenue<br>Bryn Mawr, Pennsylvania 19010 | Class A | 8.60% |

---

[1]    The mailing address for Quantason, LLC is Howard Hughes Center 6080 Center Drive, Suite 910 Los Angeles, California 90045.

[2]    The following table sets forth, as of December 14, 2013, certain information concerning persons owning in excess of 5% of the outstanding shares of the Debtor's common stock.

1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                                      :
In re                                                 :   Chapter 11
                                                      :
Quantason, LLC,[1]                                    :   Case No. 14-xxxxxx (XXX)
                                                      :
         Debtor.                                      :
                                                      :
------------------------------------------------------x
```

## DECLARATION CONCERNING THE DEBTOR'S LIST
## OF EQUITY SECURITY HOLDERS

I, Lawrence R. Perkins, CRO of Quantason, LLC, a Delaware limited liability corporation and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Equity Security Holders submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: April 23, 2014

Name: Lawrence R. Perkins
Title: CRO

---

[1]     The mailing address for Quantason, LLC is Howard Hughes Center 6080 Center Drive, Suite 910 Los Angeles, California 90045.

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
Quantason, LLC,[1]                            :    Case No. 14-xxxxxx (XXX)
                                              :
            Debtor.                           :
                                              :
----------------------------------------------------------------x
```

**STATEMENT PURSUANT TO FEDERAL RULE**
**OF BANKRUPTCY PROCEDURE 1007(a)(1)**

For its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), Quantason, LLC (the "Debtor") respectfully represents that no corporation directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

---

[1]     The mailing address for Quantason, LLC is Howard Hughes Center 6080 Center Drive, Suite 910 Los Angeles, California 90045.

1

Dated:  April 23, 2014
       Wilmington, Delaware

Respectfully submitted,

/s/ R. Craig Martin
R. Craig Martin (DE 5032)
Daniel N. Brogan (DE 5723)
DLA Piper LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone:  (302) 468-5700
Facsimile:  (302) 394-2341
Email:  craig.martin@dlapiper.com
       daniel.brogan@dlapiper.com

       -and-

Kimberly D. Newmarch (DE 4340)
DLA Piper LLP (US)
203 North LaSalle Street, 19th Floor
Chicago, Illinois  60601
Telephone:  (312) 368-4000
Facsimile:  (312) 236-7516
Email:    kim.newmarch@dlapiper.com

*Proposed Attorneys For Debtor And Debtor In Possession*

2

ANNEX 1

(Balance Sheet, Income Statement and Tax Returns)

1

# U.S. Return of Partnership Income

**Form 1065**

For calendar year 2012, or tax year beginning _____ , 2012,
ending _____ 20 ____

Department of the Treasury
Internal Revenue Service

► Information about Form 1065 and its separate instructions is at www.irs.gov/form1065.

OMB No. 1545-0099

**2012**

**A** Principal business activity

RESEARCH

**B** Principal product or service

MEDICAL

**C** Business code number

541700

Print or type.

QUANTASON LLC
c\o GOTHELF 5000 N PKWY CALABASAS #220
CALABASAS, CA 91302

**D** Employer identification number

27-0614679

**E** Date business started

7/23/2009

**F** Total assets (see instrs)

$

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
(6) ☐ Technical termination — also check (1) or (2)

**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ►

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► 30

**J** Check if Schedules C and M-3 are attached ☐

Caution. Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | |
|---|---|---|
| **INCOME** | 1 a Gross receipts or sales ............................... 1a | |
| | b Returns and allowances ............................. 1b | |
| | c Balance. Subtract line 1b from line 1a ............................ | 1c |
| | 2 Cost of goods sold (attach Form 1125-A) ............................. | 2 |
| | 3 Gross profit. Subtract line 2 from line 1c ............................ | 3 |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) ...... | 4 |
| | 5 Net farm profit (loss) (attach Schedule F (Form 1040)) ...................... | 5 |
| | 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) ............... | 6 |
| | 7 Other income (loss) (attach statement) ............................ | 7 |
| | 8 Total income (loss). Combine lines 3 through 7 ........................ | 8 |

| | | |
|---|---|---|
| **DEDUCTIONS (SEE INSTRS FOR LIMITATIONS)** | 9 Salaries and wages (other than to partners) (less employment credits) ............... | 9 | 227,459. |
| | 10 Guaranteed payments to partners ............................. | 10 | |
| | 11 Repairs and maintenance ................................ | 11 | 5,397. |
| | 12 Bad debts ...................................... | 12 | |
| | 13 Rent ........................................ | 13 | 52,943. |
| | 14 Taxes and licenses ................................... | 14 | 17,235. |
| | 15 Interest ....................................... | 15 | 1,602. |
| | 16a Depreciation (if required, attach Form 4562) ............ 16a 46,847. | | |
| | b Less depreciation reported on Form 1125-A and elsewhere on return 16b | 16c | 46,847. |
| | 17 Depletion (Do not deduct oil and gas depletion.) ...................... | 17 | |
| | 18 Retirement plans, etc. ................................. | 18 | 1,240. |
| | 19 Employee benefit programs ............................... | 19 | |
| | 20 Other deductions (attach statement) ............ See Statement 1 | 20 | 207,926. |
| | 21 Total deductions. Add the amounts shown in the far right column for lines 9 through 20 ...... | 21 | 560,649. |
| | 22 Ordinary business income (loss). Subtract line 21 from line 8 ................. | 22 | -560,649. |

COPY

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

► _____
Signature of general partner or limited liability company member manager

► _____
Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Myles S. Gothelf | Myles S. Gothelf | | | P00286952 |

Firm's name ► Gothelf & Associates

Firm's address ► 5000 Parkway Calabasas STE 220
Calabasas, CA 91302-3909

Firm's EIN ► 95-3889915

Phone no. (818) 222-7211

BAA For Paperwork Reduction Act Notice, see separate instructions.

PTPA0105L 01/18/13

Form 1065 (2012)

Form 1065 (2012)  QUANTASON LLC 27-0614679        Page 2

## Schedule B   Other Information

|  |  | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: |  |  |
| a | ☐ Domestic general partnership    b ☐ Domestic limited partnership |  |  |
| c | ☒ Domestic limited liability company    d ☐ Domestic limited liability partnership |  |  |
| e | ☐ Foreign partnership    f ☐ Other......► |  |  |
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? |  | X |
| **3** | At the end of the tax year: |  |  |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership |  | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership |  | X |
| **4** | At the end of the tax year, did the partnership: |  |  |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (iv) below. |  | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below. |  | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **5** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details |  | X |
| **6** | Does this partnership satisfy all four of the following conditions? |  |  |
| a | The partnership's total receipts for the tax year were less than $250,000. |  |  |
| b | The partnership's total assets at the end of the tax year were less than $1 million. |  |  |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. |  |  |
| d | The partnership is not filing and is not required to file Schedule M-3 | X |  |
|  | If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. |  |  |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? |  | X |
| **8** | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? |  | X |
| **9** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? |  | X |
| **10** | At any time during calendar year 2012, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If 'Yes,' enter the name of the foreign country. ► |  | X |

PTPA0112L 12/31/12        Form 1065 (2012)

Form 1065 (2012)    QUANTASON LLC  27-0614679                                    Page 3

## Schedule B   Other Information *(continued)*

| | | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See Instructions. | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election?. | | X |
| | See instructions for details regarding a section 754 election. | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions. | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions. | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly-owned by the partnership throughout the tax year) ................................. ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property?. | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. | | |
| | See Instructions     ▶ | | |
| 16 | Does the partnership have any foreign partners? If 'Yes,' enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership.  ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2012 that would require you to file Form(s) 1099? See Instructions. | X | |
| b | If 'Yes,' did you or will you file all required Form(s) 1099? | X | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892   ▶ 0 | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| | | | |
|---|---|---|---|
| Name of designated TMP | MYLES GOTHELF | Identifying number of TMP | ▶ ▄▄▄▄▄▄▄ |
| If the TMP is an entity, name of TMP representative | | Phone number of TMP | ▶ |
| Address of designated TMP | ▶ 5000 PARKWAY CALABASAS, #220<br>CALABASAS, CA 91302 | | |

PTPA0112L 12/31/12                                          Form 1065 (2012)

Form 1065 (2012)    QUANTASON LLC  27-0614679                                    Page 4

| **Schedule K** | **Partners' Distributive Share Items** | | | Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary business income (loss) (page 1, line 22)......................... | | 1 | -560,649. |
| | 2 Net rental real estate income (loss) (attach Form 8825)............... | | 2 | |
| | 3a Other gross rental income (loss)........................ | 3a | | |
| | b Expenses from other rental activities (attach stmt)........... | 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a............. | | 3c | |
| | 4 Guaranteed payments........................................ | | 4 | |
| | 5 Interest income.............................................. | | 5 | 811. |
| | 6 Dividends: a Ordinary dividends................................ | | 6a | |
| | b Qualified dividends......................... | 6b | | |
| | 7 Royalties.................................................. | | 7 | |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065))... | | 8 | |
| | 9a Net long-term capital gain (loss) (attach Schedule D (Form 1065)).... | | 9a | |
| | b Collectibles (28%) gain (loss)....................... | 9b | | |
| | c Unrecaptured section 1250 gain (attach statement)........... | 9c | | |
| | 10 Net section 1231 gain (loss) (attach Form 4797)................... | | 10 | |
| | 11 Other income (loss) (see instructions)    Type ► | | 11 | |
| Deductions | 12 Section 179 deduction (attach Form 4562)....................... | | 12 | |
| | 13a Contributions.............................................. | | 13a | |
| | b Investment interest expense................................ | | 13b | |
| | c Section 59(e)(2) expenditures: (1) Type ► _____ (2) Amount ► | | 13c (2) | |
| | d Other deductions (see instructions)  Type ► | | 13d | |
| Self-Employment | 14a Net earnings (loss) from self-employment..................... | | 14a | -352,354. |
| | b Gross farming or fishing income............................ | | 14b | |
| | c Gross nonfarm income...................................... | | 14c | |
| Credits | 15a Low-income housing credit (section 42(j)(5))................... | | 15a | |
| | b Low-income housing credit (other)........................... | | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468).. | | 15c | |
| | d Other rental real estate credits (see instructions)  Type ► | | 15d | |
| | e Other rental credits (see instructions).......... Type ► | | 15e | |
| | f Other credits (see instructions)................. Type ► | | 15f | |
| Foreign Transactions | 16a Name of country or U.S. possession ... ► | | | |
| | b Gross income from all sources............................... | | 16b | |
| | c Gross income sourced at partner level....................... | | 16c | |
| | Foreign gross income sourced at partnership level | | | |
| | d Passive category ► _____ e General category ► _____ f Other........ ► | | 16f | |
| | Deductions allocated and apportioned at partner level | | | |
| | g Interest expense ►              h Other........................ ► | | 16h | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| | i Passive category ►           j General category ►           k Other.... ► | | 16k | |
| | l Total foreign taxes (check one): ► Paid □     Accrued □ | | 16l | |
| | m Reduction in taxes available for credit (attach statement).......... | | 16m | |
| | n Other foreign tax information (attach statement)................... | | | |
| Alternative Minimum Tax (AMT) Items | 17a Post-1986 depreciation adjustment.......................... | | 17a | 5,641. |
| | b Adjusted gain or loss..................................... | | 17b | |
| | c Depletion (other than oil and gas)........................... | | 17c | |
| | d Oil, gas, and geothermal properties — gross income............. | | 17d | |
| | e Oil, gas, and geothermal properties — deductions............. | | 17e | |
| | f Other AMT items (attach stmt)............................. | | 17f | |
| Other Information | 18a Tax-exempt interest income................................ | | 18a | |
| | b Other tax-exempt income................................... | | 18b | |
| | c Nondeductible expenses.................................... | | 18c | 2,488. |
| | 19a Distributions of cash and marketable securities.............. | | 19a | |
| | b Distributions of other property.............................. | | 19b | |
| | 20a Investment income........................................ | | 20a | 811. |
| | b Investment expenses...................................... | | 20b | |
| | c Other items and amounts (attach stmt)....................... | | | |

BAA                                                                 Form 1065 (2012)

Form 1065 (2012)    QUANTASON LLC 27-0614679    Page 5

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net Income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l. . . . . . . . . . . . . . . . . . . . . . . | | | | 1 | –559,838. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| | a General partners. . . | | | | | | |
| | b Limited partners. . . | | –369,664. | –110,202. | –23,842. | –15,619. | –40,511. |

## Schedule L  Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash. . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 2a | Trade notes and accounts receivable. . . . . . . | | | | |
| b | Less allowance for bad debts. . . . . . . . . . . . | | | | |
| 3 | Inventories. . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 4 | U.S. government obligations. . . . . . . . . . . . | | | | |
| 5 | Tax-exempt securities. . . . . . . . . . . . . . . . | | | | |
| 6 | Other current assets (attach stmt). . . . . . . . | | | | |
| 7a | Loans to partners (or persons related to partners). . . . . | | | | |
| b | Mortgage and real estate loans. . . . . . . . . . . | | | | |
| 8 | Other investments (attach stmt). . . . . . . . . . | | | | |
| 9a | Buildings and other depreciable assets. . . . . . | | | | |
| b | Less accumulated depreciation. . . . . . . . . . . | | | | |
| 10a | Depletable assets. . . . . . . . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion. . . . . . . . . . . . | | | | |
| 11 | Land (net of any amortization). . . . . . . . . . . | | | | |
| 12a | Intangible assets (amortizable only). . . . . . . . | | | | |
| b | Less accumulated amortization. . . . . . . . . . . | | | | |
| 13 | Other assets (attach stmt). . . . . . . . . . . . . . | | | | |
| 14 | Total assets. . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable. . . . . . . . . . . . . . . . . . . | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year. . . . | | | | |
| 17 | Other current liabilities (attach stmt). . . . . . . . . | | | | |
| 18 | All nonrecourse loans. . . . . . . . . . . . . . . . | | | | |
| 19a | Loans from partners (or persons related to partners). . . . | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more. . | | | | |
| 20 | Other liabilities (attach stmt). . . . . . . . . . . . | | | | |
| 21 | Partners' capital accounts. . . . . . . . . . . . . . | | | | |
| 22 | Total liabilities and capital. . . . . . . . . . . . . . | | | | |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note.** Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net Income (loss) per books. . . . . . . . . . . . | | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | a Tax-exempt interest . . $_____ | |
| | | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| | | | | a Depreciation . . . . . $_____ | |
| 3 | Guaranteed pmts (other than health insurance). . . . | | | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d and 16l (itemize): | | 8 | Add lines 6 and 7. . . . . . . . . . . . . . . . | |
| | a Depreciation . . . . . $_____ | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5. . . . . . . . . . | |
| | b Travel and entertainment . . . . $_____ | | | | |
| 5 | Add lines 1 through 4. . . . . . . . . . . . . . . | | | | |

## Schedule M-2  Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year. . . . . . . . . . . . | | 6 | Distributions:   a Cash. . . . . . . . . . | |
| 2 | Capital contributed:  a Cash. . . . . . . . . . | | | b Property. . . . . . . . . | |
| | b Property. . . . . . . . . | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books. . . . . . . . . . . . | | | | |
| 4 | Other increases (itemize): | | | | |
| | | | 8 | Add lines 6 and 7. . . . . . . . . . . . . . . . | |
| 5 | Add lines 1 through 4. . . . . . . . . . . . . . . | | 9 | Balance at end of year. Subtract line 8 from line 5 . . . . | |

Form 1065 (2012)

**SCHEDULE B-1**
(Form 1065)
(December 2011)
Department of the Treasury
Internal Revenue Service

## Information on Partners Owning 50% or More of the Partnership

► Attach to Form 1065. See Instructions.

OMB No. 1545-0099

| Name of partnership | Employer identification number (EIN) |
|---|---|
| QUANTASON LLC | 27-0614679 |

**Part I** Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| EDMOND RAMBOD | ████████ | United States | 51.220 |
| | | | |
| | | | |
| | | | |
| | | | |

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.                Schedule B-1 (Form 1065) (12-2011)

PTPA1301L  06/27/11

**Form 4562**

Department of the Treasury
Internal Revenue Service   (99)

**Depreciation and Amortization**
(Including Information on Listed Property)

► See separate instructions.   ► Attach to your tax return.

OMB No. 1545-0172

**2012**

Attachment
Sequence No. **179**

Name(s) shown on return: QUANTASON LLC

Identifying number: 27-0614679

Business or activity to which this form relates: Form 1065

### Part I — Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ... **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | **9** |
| 10 | Carryover of disallowed deduction from line 13 of your 2011 Form 4562 | **10** |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | **11** |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** |
| 13 | Carryover of disallowed deduction to 2013. Add lines 9 and 10, less line 12 ... ► **13** | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** |
| 15 | Property subject to section 168(f)(1) election | **15** |
| 16 | Other depreciation (including ACRS) | **16** 6,006. |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2012 | **17** 26,600. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | |

**Section B — Assets Placed in Service During 2012 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 267,641. | 5 | MQ | 200DB | 13,382. |
| c 7-year property | | 24,048. | 7 | MQ | 200DB | 859. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2012 Tax Year Using the Alternative Depreciation System**

| (a) | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | **22** 46,847. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** |

BAA For Paperwork Reduction Act Notice, see separate instructions.    FDIZ0812L 08/19/12    Form 4562 (2012)

# Quantason LLC
# Profit & Loss
### January through December 2013

|  | Jan - Dec 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Administration Fees | 1,755.00 |
| Advertising and Promotion | 1,560.00 |
| Automobile Expense | |
| Gas/Fuel | 5,656.51 |
| Parking | 936.51 |
| Rental | 634.01 |
| Service | 572.90 |
| Automobile Expense - Other | 175.52 |
| **Total Automobile Expense** | 7,975.45 |
| Bank Service Charges | 36.43 |
| Business Meals | 7,953.23 |
| Company Parking | 12,175.50 |
| Computer Expense | |
| Software | 29,709.24 |
| Computer Expense - Other | 6,795.48 |
| **Total Computer Expense** | 36,504.72 |
| Consulting Expense | 78,026.00 |
| Continuing Education | 850.00 |
| Delivery | |
| Postage | 3,808.17 |
| **Total Delivery** | 3,808.17 |
| Dues and Subscriptions | 1,851.50 |
| Entertainment | 1,243.58 |
| Finance Charge | 1,390.08 |
| Insurance Expense | |
| Dental Insurance | 4,796.00 |
| General Liability Insurance | 11,096.67 |
| Health Insurance | 32,959.50 |
| Life Insurance | 25,311.58 |
| Workers' Comp | 3,696.12 |
| **Total Insurance Expense** | 77,859.87 |
| Internet Expense | |
| Web Hosting & Design | 2,158.15 |
| Internet Expense - Other | 468.00 |
| **Total Internet Expense** | 2,626.15 |
| Laboratory Fees | 578.55 |
| License Fees | 1,000.00 |
| Maintenance | 1,250.00 |
| Materials | 16,939.26 |
| Miscellaneous Expense | 838.20 |
| Moving Expense | -25,719.50 |
| Office Supplies | 13,569.50 |
| Outside Service | 160,697.60 |
| Payroll Fees | 3,164.89 |
| Pension | 11,047.44 |
| Printing and Reproduction | 1,256.17 |
| Professional Fees | |
| Application Filing Fee | 200.00 |
| Legal | 147,415.15 |
| **Total Professional Fees** | 147,615.15 |
| Promotion | 1,570.17 |
| Reference Materials | |
| Books | 1,625.20 |
| Reference Materials - Other | 1,071.20 |
| **Total Reference Materials** | 2,696.40 |
| Regulatory Fees | 2,000.00 |
| Rent Expense | 115,200.78 |

## Quantason LLC
## Profit & Loss
### January through December 2013

|  | Jan - Dec 13 |
|---|---|
| Repairs | 2,670.57 |
| Salaries |  |
|    Director Fees | 127,558.22 |
|    Officers' | 496,419.76 |
|    Others | 446,039.30 |
| Total Salaries | 1,070,017.28 |
| Security Alarm | 4,658.00 |
| Taxes |  |
|    Payroll Tax Expense | 58,459.67 |
|    Taxes - Other | 1,515.00 |
| Total Taxes | 59,974.67 |
| Telephone Expense |  |
|    Hardware | 7,712.73 |
|    Telephone Expense - Other | 5,481.16 |
| Total Telephone Expense | 13,193.89 |
| Travel Expense |  |
|    Air Fare | 18,381.41 |
|    Lodging | 10,357.89 |
|    Travel Expense - Other | 1,222.73 |
| Total Travel Expense | 29,962.03 |
| Utilities |  |
|    Internet | 293.70 |
|    Telephone Expense | 4,134.18 |
| Total Utilities | 4,427.88 |
| Total Expense | 1,874,224.61 |
| Net Ordinary Income | -1,874,224.61 |
| Other Income/Expense |  |
|   Other Income |  |
|    Interest Income | 1,627.69 |
| Total Other Income | 1,627.69 |
| Net Other Income | 1,627.69 |
| Net Income | -1,872,596.92 |

## Quantason LLC
# Balance Sheet
### As of December 31, 2013

|  | Dec 31, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bank - Wells Fargo | 143,848.08 |
| Bank - Wells Fargo Savings | 427,438.38 |
| Trust Account | 24,991.57 |
| **Total Checking/Savings** | 596,278.03 |
| **Total Current Assets** | 596,278.03 |
| **Fixed Assets** | |
| Accumulated Depreciation | -123,425.00 |
| Equipment | 577,119.79 |
| Furniture | 38,010.56 |
| **Total Fixed Assets** | 491,705.35 |
| **Other Assets** | |
| Security Deposits Asset | 36,209.42 |
| **Total Other Assets** | 36,209.42 |
| **TOTAL ASSETS** | 1,124,192.80 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 891,266.39 |
| **Total Accounts Payable** | 891,266.39 |
| **Credit Cards** | |
| CitiExecutive-MasterCard | 1,274.39 |
| CitiSelect-American Express | 855.05 |
| **Total Credit Cards** | 2,129.44 |
| **Other Current Liabilities** | |
| Payroll Taxes Payable | -487.31 |
| **Total Other Current Liabilities** | -487.31 |
| **Total Current Liabilities** | 892,908.52 |
| **Total Liabilities** | 892,908.52 |
| **Equity** | |
| **Capital Contributions** | |
| Carolyn F Bivens | 250,000.00 |
| Ed Rambod | 218,079.07 |
| Ed Ray | 120,506.00 |
| Gregory Bonanni | 250,056.27 |
| Jeffrey Le Sage | 250,056.27 |
| John Rasic | 250,056.27 |
| Martin Sarafa | 250,056.27 |
| Michael Digregorio | 200,000.00 |
| Myles Gothelf | 32,700.00 |
| Peter Seidel | 1,500,377.71 |
| Robert Snukal ETAL. | 2,265,000.00 |
| Sage Group ETAL. | 105,150.00 |
| William Stavropoulos | 250,056.27 |
| **Total Capital Contributions** | 5,942,094.13 |
| Retained Earnings | -3,838,212.93 |
| Net Income | -1,872,596.92 |
| **Total Equity** | 231,284.28 |
| **TOTAL LIABILITIES & EQUITY** | 1,124,192.80 |

**Quantason LLC**
# Profit & Loss
### January through February 2014

| | Jan - Feb 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Administration Fees | 376.00 |
| Automobile Expense | |
| Gas/Fuel | 936.35 |
| Parking | 233.08 |
| Automobile Expense - Other | 1,500.00 |
| **Total Automobile Expense** | 2,669.43 |
| Business Licenses and Permits | 194.50 |
| Business Meals | 748.60 |
| Company Parking | 960.00 |
| Computer Expense | |
| Software | 503.11 |
| **Total Computer Expense** | 503.11 |
| Consulting Expense | 12,500.00 |
| Continuing Education | 850.00 |
| Delivery | |
| Postage | 150.40 |
| **Total Delivery** | 150.40 |
| Entertainment | 1,772.87 |
| Finance Charge | 1.33 |
| Insurance Expense | |
| Dental Insurance | 1,742.00 |
| Health Insurance | 10,231.00 |
| Life Insurance | 3,615.94 |
| Workers' Comp | 1,080.13 |
| **Total Insurance Expense** | 16,669.07 |
| Internet Expense | |
| Web Hosting & Design | 585.00 |
| **Total Internet Expense** | 585.00 |
| License Fees | 1,950.00 |
| Materials | 1,944.33 |
| Office Supplies | 1,192.43 |
| Outside Service | 10,015.20 |
| Payroll Fees | 564.52 |
| Pension | 3,389.32 |
| Professional Fees | |
| Legal | 24,584.00 |
| Mediation | 3,550.00 |
| **Total Professional Fees** | 28,134.00 |
| Reference Materials | |
| Books | 50.57 |
| Reference Materials - Other | 299.60 |
| **Total Reference Materials** | 350.17 |
| Rent Expense | 22,649.43 |
| Salaries | |
| Officers' | 82,166.66 |
| Others | 103,430.60 |
| **Total Salaries** | 185,597.26 |
| Taxes | |
| Payroll Tax Expense | 18,665.36 |
| **Total Taxes** | 18,665.36 |
| Telephone Expense | |
| Hardware | 67.50 |
| Telephone Expense - Other | 899.82 |
| **Total Telephone Expense** | 967.32 |

# Quantason LLC
# Profit & Loss
### January through February 2014

|  | Jan - Feb 14 |
|---|---|
| **Travel Expense** |  |
| Air Fare | 908.00 |
| Lodging | 469.82 |
| Travel Expense - Other | 332.50 |
| **Total Travel Expense** | 1,710.32 |
| **Utilities** |  |
| Internet | 99.80 |
| Telephone Expense | 440.95 |
| **Total Utilities** | 540.75 |
| **Total Expense** | 315,650.72 |
| **Net Ordinary Income** | -315,650.72 |
| **Other Income/Expense** |  |
| **Other Income** |  |
| Interest Income | 38.83 |
| **Total Other Income** | 38.83 |
| **Net Other Income** | 38.83 |
| **Net Income** | -315,611.89 |

# Quantason LLC
# Balance Sheet
## As of February 28, 2014

|  | Feb 28, 14 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bank - Wells Fargo | 247,789.00 |
| Bank - Wells Fargo Savings | 7,477.21 |
| Trust Account | 24,991.57 |
| **Total Checking/Savings** | 280,257.78 |
| **Total Current Assets** | 280,257.78 |
| **Fixed Assets** | |
| Accumulated Depreciation | -123,425.00 |
| Equipment | 592,361.11 |
| Furniture | 38,010.56 |
| **Total Fixed Assets** | 506,946.67 |
| **Other Assets** | |
| Security Deposits Asset | 36,209.42 |
| **Total Other Assets** | 36,209.42 |
| **TOTAL ASSETS** | 823,413.87 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 891,266.39 |
| **Total Accounts Payable** | 891,266.39 |
| **Credit Cards** | |
| CitiExecutive-MasterCard | 16,571.58 |
| CitiSelect-American Express | 390.82 |
| **Total Credit Cards** | 16,962.40 |
| **Other Current Liabilities** | |
| Payroll Taxes Payable | -487.31 |
| **Total Other Current Liabilities** | -487.31 |
| **Total Current Liabilities** | 907,741.48 |
| **Total Liabilities** | 907,741.48 |
| **Equity** | |
| **Capital Contributions** | |
| Carolyn F Bivens | 250,000.00 |
| Ed Rambod | 218,079.07 |
| Ed Ray | 120,506.00 |
| Gregory Bonanni | 250,056.27 |
| Jeffrey Le Sage | 250,056.27 |
| John Rasic | 250,056.27 |
| Martin Sarafa | 250,056.27 |
| Michael Digregorio | 200,000.00 |
| Myles Gothelf | 32,700.00 |
| Peter Seidel | 1,500,377.71 |
| Robert Snukal ETAL. | 2,265,000.00 |
| Sage Group ETAL. | 105,150.00 |
| William Stavropoulos | 250,056.27 |
| **Total Capital Contributions** | 5,942,094.13 |
| Retained Earnings | -5,710,809.85 |
| Net Income | -315,611.89 |
| **Total Equity** | -84,327.61 |
| **TOTAL LIABILITIES & EQUITY** | 823,413.87 |

# Quantason LLC
# Profit & Loss
### January through March 2014

| | Jan - Mar 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Administration Fees | 376.00 |
| Automobile Expense | |
| Gas/Fuel | 1,115.62 |
| Parking | 257.08 |
| Automobile Expense - Other | 2,497.27 |
| **Total Automobile Expense** | 3,869.97 |
| Business Licenses and Permits | 194.50 |
| Business Meals | 770.22 |
| Company Parking | 720.00 |
| Computer Expense | |
| Software | 542.11 |
| **Total Computer Expense** | 542.11 |
| Consulting Expense | 17,500.00 |
| Continuing Education | 972.79 |
| Delivery | |
| Postage | 226.30 |
| **Total Delivery** | 226.30 |
| Entertainment | 1,772.87 |
| Finance Charge | 5.89 |
| Insurance Expense | |
| Dental Insurance | 1,742.00 |
| Health Insurance | 7,172.75 |
| Life Insurance | 3,615.94 |
| Workers' Comp | 1,636.47 |
| **Total Insurance Expense** | 14,167.16 |
| Internet Expense | |
| Web Hosting & Design | 585.00 |
| **Total Internet Expense** | 585.00 |
| License Fees | 1,950.00 |
| Materials | 1,995.25 |
| Office Supplies | 1,277.75 |
| Outside Service | 10,015.20 |
| Payroll Fees | 739.03 |
| Pension | 5,117.31 |
| Professional Fees | |
| Legal | 120,584.00 |
| Mediation | 3,550.00 |
| **Total Professional Fees** | 124,134.00 |
| Reference Materials | |
| Books | 50.57 |
| Reference Materials - Other | 299.60 |
| **Total Reference Materials** | 350.17 |
| Rent Expense | 33,652.21 |
| Salaries | |
| Officers' | 122,499.99 |
| Others | 166,422.64 |
| **Total Salaries** | 288,922.63 |
| Taxes | |
| Payroll Tax Expense | 25,596.94 |
| **Total Taxes** | 25,596.94 |
| Telephone Expense | |
| Hardware | 67.50 |
| Telephone Expense - Other | 899.82 |
| **Total Telephone Expense** | 967.32 |

## Quantason LLC
# Profit & Loss
### January through March 2014

|  | Jan - Mar 14 |
|---|---|
| Travel Expense |  |
|   Air Fare | 908.00 |
|   Lodging | 469.82 |
|   Travel Expense - Other | 332.50 |
| Total Travel Expense | 1,710.32 |
| Utilities |  |
|   Internet | 111.80 |
|   Telephone Expense | 440.95 |
| Total Utilities | 552.75 |
| Total Expense | 538,683.69 |
| Net Ordinary Income | -538,683.69 |
| Other Income/Expense |  |
|   Other Income |  |
|     Interest Income | 38.83 |
| Total Other Income | 38.83 |
| Net Other Income | 38.83 |
| Net Income | -538,644.86 |

# Quantason LLC
# Balance Sheet
### As of March 31, 2014

|  | Mar 31, 14 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Bank - Wells Fargo | 10,370.03 |
|       Bank - Wells Fargo Savings | 7,477.21 |
|       Trust Account | 24,991.57 |
|     **Total Checking/Savings** | 42,838.81 |
|   **Total Current Assets** | 42,838.81 |
|   **Fixed Assets** | |
|     Accumulated Depreciation | -123,425.00 |
|     Equipment | 592,361.11 |
|     Furniture | 38,010.56 |
|   **Total Fixed Assets** | 506,946.67 |
|   **Other Assets** | |
|     Security Deposits Asset | 36,209.42 |
|   **Total Other Assets** | 36,209.42 |
| **TOTAL ASSETS** | 585,994.90 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 891,266.39 |
|       **Total Accounts Payable** | 891,266.39 |
|       **Other Current Liabilities** | |
|         Payroll Taxes Payable | 2,089.09 |
|       **Total Other Current Liabilities** | 2,089.09 |
|     **Total Current Liabilities** | 893,355.48 |
|   **Total Liabilities** | 893,355.48 |
|   **Equity** | |
|     **Capital Contributions** | |
|       Carolyn F Bivens | 250,000.00 |
|       Ed Rambod | 218,079.07 |
|       Ed Ray | 120,506.00 |
|       Gregory Bonanni | 250,056.27 |
|       Jeffrey Le Sage | 250,056.27 |
|       John Rasic | 250,056.27 |
|       Martin Sarafa | 250,056.27 |
|       Michael Digregorio | 200,000.00 |
|       Myles Gothelf | 32,700.00 |
|       Peter Seidel | 1,500,377.71 |
|       Robert Snukal ETAL. | 2,265,000.00 |
|       Sage Group ETAL. | 105,150.00 |
|       William Stavropoulos | 250,056.27 |
|     **Total Capital Contributions** | 5,942,094.13 |
|     Retained Earnings | -5,710,809.85 |
|     Net Income | -538,644.86 |
|   **Total Equity** | -307,360.58 |
| **TOTAL LIABILITIES & EQUITY** | 585,994.90 |