## Exhibit A

**(Highlighted Provisions Pursuant to Del. Bankr. L.R. 6004-1)**

WEST\247692879.5

In accordance with Local Rule 6004-1, the Debtor respectfully represents the following:

(1) **Sale to an Insider**: The Debtor believes that certain Insiders of the Debtor may submit a bid.

(2) **Agreements with Management**: No agreements with management have been entered into in connection with the Sale.

(3) **Releases**: No releases have been entered into in connection with the Sale.

(4) **Private Sale/No Competitive Bidding**: The Sale is being conducted pursuant to the competitive bidding process detailed in the Motion.

(5) **Closing and Other Deadlines**: The consummation of the transactions contemplated by the Successful Bidder's Purchase Agreement[1] shall take place at a closing to be held at the offices of DLA Piper LLP (US), 550 South Hope Street, Suite 2300, Los Angeles, California 90071, or at such other location as deemed appropriate by the parties.

(6) **Good Faith Deposit**: All bidders will be required to post a good faith deposit in the form of a wire transfer (to a bank account specified by the Debtor), certified check or such other form acceptable to the Debtor, payable to the order of the Debtor (or such other party as the Debtor may determine) in an amount equal to 10% of the Purchase Price

(7) **Interim Arrangements with Proposed Buyer**: The Debtor has not entered into any interim arrangements with any proposed buyer.

(8) **Use of Proceeds**: Upon Closing, the sale proceeds shall be paid to the Debtor for distribution at the time of Closing in accordance with the priorities set forth in the Bankruptcy Code.

(9) **Tax Exemption**: No tax exemptions under section 1146(a) of the Bankruptcy Code are contemplated in connection with the Sale.

(10) **Record Retention**: The Debtor will continue to have access to its books and records related to the Purchased Assets pursuant to section 7.7 of the Purchase Agreement.

(11) **Sale of Avoidance Actions**: The Sale does not involve the sale of chapter 5 causes of action.

(12) **Requested Findings as to Successor Liability**: The Successful Bidder may be undertaking certain Assumed Liabilities pursuant to the Successful Bidder's Purchase Agreement. The Successful Bidder would be assuming only those

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

WEST\247692879.5

    liabilities, and all other liabilities not expressly assumed by the Successful Bidder under the Successful Bidder's Purchase Agreement, whether or not incurred or accrued on or after the date on which the Sale is closed, shall be retained by the Debtor.

(13) **Sale Free and Clear of Unexpired Leases**:  The Debtor is seeking to sell the Purchased Assets free and clear of liens and other interests pursuant to Section 363(f) of the Bankruptcy Code, unless otherwise provided in the Successful Bidder's Purchase Agreement.

(14) **Credit Bid**:  No credit bids shall be accepted for the Purchased Assets.

(15) **Relief from Bankruptcy Rule 6004(h)**:  As noted in the Motion, the Debtor is requesting relief from the 14-day stay imposed by Rules 6004(h) and 6006(d).