# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
| Quantason, LLC | : Case No. 14-10932 (PJW) |
|  | : |
| Debtor. | : |
|  | : |

-----------------------------------------------------------------x

### GENERAL NOTES PERTAINING TO SCHEDULES AND SOFAs

On April 23, 2014 (the "***Commencement Date***"), Quantason, LLC, as debtor and debtor in possession (the "***Debtor***"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***"), Case No. 14-10932 (PJW).  With the assistance of its advisors, the Debtor's management prepared the Schedules of Assets and Liabilities (collectively, the "***Schedules***") and the Statements of Financial Affairs (the "***SOFAs***" and together with the Schedules, the "***Schedules and SOFAs***") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), and they are not intended to be fully reconciled to the financial statements.

Although the Debtor's management has made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. The information provided herein, except as otherwise noted, is as of the close of business on April 22, 2014.  Subsequent receipt of information may result in material changes in financial data requiring amendment of the Schedules and SOFAs.  Accordingly, the Schedules and SOFAs remain subject to further review and verification by the Debtor.  The Debtor reserves its right to amend the Schedules and SOFAs from time-to-time as may be necessary or appropriate.  These general notes regarding the Debtor's Schedules and SOFAs (the "***General Notes***") comprise an integral part of the Schedules and SOFAs filed by the Debtor and should be referenced in connection with any review of the Schedules and SOFAs.  Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

1.  <u>Amendments</u>. The Debtor reserves the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

2.  <u>Asset Presentation</u>. Each asset and liability of the Debtor is shown on the basis of the book value of the asset or liability in the Debtor's books and records, as of April 22, 2014, and not on the basis of current market values of such interest in property or liabilities. The Debtor reserves its right to amend or adjust the value of each asset or liability set forth herein.

3.  <u>Causes of Action</u>. Despite reasonable efforts, the Debtor might not have identified or set forth all of its causes of action against third parties as assets in its Schedules and SOFAs. The Debtor reserves any and all of its rights with respect to any causes of action it may have, and neither these General Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

4.  <u>Claims Description</u>. Any failure to designate a claim on the Debtor's Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtor reserves the right to amend its Schedules or SOFAs as necessary or appropriate.

5.  <u>Property and Equipment</u>. Owned property and equipment are listed at net book value. Additionally, all information set forth on the Schedules and SOFAs regarding owned equipment, merchandise and other physical assets of the Debtor is based upon the information set forth in the Debtor's books and records. The Debtor has not completed a physical inventory of any of its owned equipment, merchandise or other physical assets and any information set forth in the Schedules and SOFAs may be over or understated. Further, nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all its rights with respect to such issues.

6.  <u>Insiders</u>. In the circumstances where the Bankruptcy Schedules require information regarding insiders or officers and directors, included herein are the Debtor's (a) directors (or persons in similar positions) and (b) employees. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or corporate authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

7.  <u>Schedule D—Creditors Holding Secured Claims</u>.  Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.  The Debtor has not included on Schedule D all parties that may believe its claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, or inchoate statutory lien rights.

8.  <u>Schedule E—Creditors Holding Unsecured Priority Claims</u>.  The listing of any claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority under section 507 of the Bankruptcy Code. The Debtor reserves the right to dispute the priority status of any claim on any basis.  While reasonable efforts have been made, determination of the date upon which each claim in Schedule E was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtor does not list a date for each claim listed on Schedule E.

9.  <u>Schedule F—Creditors Holding Unsecured Nonpriority Claims</u>.  The liabilities identified in Schedule F are derived from the Debtor's books and records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by the Debtor to set forth its unsecured obligations.  Accordingly, the actual amount of claims against the Debtor may vary from the represented liabilities.  Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  Similarly, parties in interest should not anticipate that recoveries in this case will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFAs. Parties in interest should consult their own professionals or advisors with respect to pursuing a claim.  Although the Debtor and its professionals have generated financials the Debtor believes to be reasonable, actual liabilities (and assets) may deviate from the Schedules and SOFAs due to certain events that occur throughout the duration of this chapter 11 case.

The claims listed on Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule F was incurred or arose, fixing that date for each claim in Schedule F would be unduly burdensome and cost prohibitive and, therefore, the Debtor has not listed a date for each claim listed on Schedule F.

10.  <u>Schedule G—Executory Contracts</u>.  While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Commencement Date or is valid or enforceable.  The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.  In addition, the Debtor may have entered into

various other types of agreements in the ordinary course of its business, such as easements, right of way, subordination, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents are also not set forth in Schedule G.

The Debtor reserves all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

The Debtor may be party to certain agreements that have expired by their terms, but all parties continue to operate under the agreement. Out of an abundance of caution, the Debtor has listed such agreements on Schedule G. The Debtor's inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

11.    Specific Notes. These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit or continuation sheet.

12.    Totals. All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

13.    Unliquidated Claim Amounts. Claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated."

14.    General Reservation of Rights. The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of its Schedules and SOFAs as and to the extent necessary as they deem appropriate.

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
District of Delaware

In re  Quantason LLC                     .          Case No.  14-10932
         *Debtor*

Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 9 | $ 256,433.03 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 75,196.57 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 1,099,338.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | No | 0 | | | $ N/A |
| TOTAL | | 20 | $ 256,433.03 | $ 1,174,535.11 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

### District of Delaware

In re  Quantason LLC                          ,          Case No.  14-10932

*Debtor*

Chapter  11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re  Quantason LLC                                    ,          Case No.  14-10932
_____
              Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

   **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

   If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total➤ | | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re __Quantason LLC_____ ,                    Case No. __14-10932_____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | x | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached rider (B.2) | | 29,390.53 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with Landlord Hines REIT West LA Portfolio LP | | 31,327.50 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6.  Wearing apparel. | x | | | |
| 7.  Furs and jewelry. | x | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached rider (B.9) | | Undetermined |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Quantason LLC                              ,          Case No.  ___14-10932___
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Principal Financial Group Key Executive Term Life Insurance Policy | | Undetermined |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Quantason LLC                                           ,          Case No.        14-10932
              **Debtor**                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See attached rider (B.22) | | Undetermined |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Exclusive License Agreement between BioQuantetics, Inc. and Quantason LLC dated as of August 1, 2009 and amended November 8, 2013 | | Undetermined |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached rider (B.28) | | 30,839.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Six Ultrasound Machines | | 164,876.00 |
| 30. Inventory. | x | | | |
| 31. Animals. | x | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed. Itemize | x | | | |

_____ continuation sheets attached     Total ▶     $          256,433.03

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Quantason, LLC

SCHEDULE B PERSONAL PROPERTY
Rider B.9

Interests in Insurance Policies

| INSURANCE COMPANY | TYPE OF POLICY | SURRENDER OR REFUND VALUE |
| --- | --- | --- |
| Principal Financial Group | Key Executive Term Life Insurance Policy | Undetermined |
| Travelers Insurance | Workers Compensation and Employers Liability Insurance Policy | Undetermined |
| Westchester Surplus Lines Insurance Company | D&O Insurance Policy | Undetermined |

Quantason LLC

## SCHEDULE B PERSONAL PROPERTY
### Rider B.22

Patents, copyrights, and other intellectual property

| TYPE OF PROPERTY | DESCRIPTION | COUNTRY | APPLICATION NUMBER | FILE DATE | PATENT / REG. NUMBER | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|---|---|---|
| Patent | An Integrated Device for Positioning of Receiving Sensors Relative to Transmitting Transducers for Coupled Ultrasonic and Sonic Frequency Measurements | U.S. | 12/930,097 | 12/27/2010 | Pending | Undetermined |
| Patent | Detection of Malignant Tumor using Wavelet-Based Signatures in Ultrasound Images | U.S. / Divisional | 13/543,587 | 7/6/2012 | Pending | Undetermined |
| Patent | Detection of Malignant Tumor using Wavelet-Based Signatures in Ultrasound Images | U.S. / Divisional | 14/098,351 | 12/5/2013 | Pending | Undetermined |
| Patent | Method for Detecting and Locating a Target using Phase Information | U.S. | 12/802,867 | 6/16/2010 | # 8,372,006 | Undetermined |
| Patent | Use of Coded Excitation Schemes in the Detection and Localization of Breast Calcifications | U.S. | 12/807,845 | 9/14/2010 | # 8,109,878 | Undetermined |
| Patent | Methods of Locating the Position of a Microcalcification in a Human Breast | U.S. | 12/925,378 | 10/19/2010 | # 8,622,909 | Undetermined |
| Patent | Method and Apparatus for Sensor Response Measurements and Calibration | U.S. | 12/930,235 | 12/29/2010 | Pending | Undetermined |
| Patent | Continuous Monitoring of Tissue Motion in Response to Radiation Force | U.S. | 12/930,170 | 12/30/2010 | Pending | Undetermined |
| Patent | Apparatus and Methods for Placing and Positioning Acoustic Sensors on a Human Breast for the Purposes of Detecting and Locating Microcalcification | U.S. | 14/145,810 | 12/31/2013 | Pending | Undetermined |
| Trademark | QUANTASON + DESIGN | U.S. | 86/137,243 | 12/6/2013 | Newly filed | Undetermined |
| Copyright | Image-based Dynamic Ultrasound Spectrography (IDUS) Theoretical Report Release Version V-Q-02-E | U.S. | N/A | 8/4/2011 | # Txu 1-768-931 | Undetermined |

Quantason LLC

SCHEDULE B PERSONAL PROPERTY
Rider B.28

Office Equipment, Furnishings, And Supplies

OFFICE EQUIPMENT INVENTORY

| DESCRIPTION OF PROPERTY | QTY. | MANUFACTURER | SERIAL NUMBER | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|---|
| HP Laser Jet Pro 300 Color MFP M375nw | 1 | Hewlett-Packard | C8061X | undetermined |
| Samsung 840 Series State Drive | 4 | Samsung | MZ7TD120KW | undetermined |
| HP Compaq Elite 8300. Core i7 37703.4 GHz | 4 | Hewlett-Packard | C9J22UT#ABA | undetermined |
| LFH 59 Male Dual Female DVI I DMS 59 Cable-DVI Cable 8 | 4 | StarTech | DMSDVIDVI1 | undetermined |
| HP Memory 8 GB/DIMM 240 PIN/DDR3 | 1 | Hewlett-Packard | B4U37AT | undetermined |
| Samsung LCD "24 Monitor | 1 | Samsung | E2420L | undetermined |
| Ipad | 1 | Apple | DMPJQ6H2F191 | undetermined |
| Samsung LCD Monitor | 4 | Samsung | PU23H9FZ500213X | undetermined |
| Access Control | 1 | Sunrise Surveillance | | undetermined |
| Allworx Phones | 12 | Allworx | | undetermined |
| HP Color Laser Jet CP2025 | 1 | Hewlett-Packard | | undetermined |
| HP OfficeJet Pro 8500 Premier | 1 | Hewlett-Packard | | undetermined |
| Sony LCD Monitor | 1 | Sony | | undetermined |
| SanDisk USB Flash Drive | 3 | SanDisk | | undetermined |
| Copy Machine | 1 | Digital Imager | | undetermined |
| HP ENVY TouchSmart 17 NoteBook PC | 1 | Hewlett-Packard | 5CG32452QD | undetermined |

Quantason LLC

SCHEDULE B PERSONAL PROPERTY
Rider B.28

Office Equipment, Furnishings, And Supplies
*(continued)*

OFFICE FURNITURE INVENTORY

| DESCRIPTION OF PROPERTY | QTY. | MANUFACTURER | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| Friant Systems (panels, work surfaces & drawer units) | | Friant | undetermined |
| 2 Door Storage Cabinets, 1 Lateral File, Maple Laminate & H4 satin Hardware | 1 | | undetermined |
| Guest Chairs for Reception Area | 4 | | undetermined |
| Gitana Laminate Maple 6x6 Curved Corner desk with 1 full height box/file drawer | 2 | Friant | undetermined |
| Gitana Maple Laminate 66" High x 35.5 Wide Bookcases with 5 shelves | 4 | Friant | undetermined |
| Gitana Espresso Bow Front Curved corner credenza U-Shaped desk w/ 2 full height pedestals and open hutch | 1 | Friant | undetermined |
| 96"x42" Conference Table | 1 | | undetermined |
| Axiom White Mesh Chairs | 8 | Friant | undetermined |
| 72"x24" Work Surface (Server Area) | 1 | | undetermined |
| 16" File Pedestal Drawer Unit | 1 | | undetermined |
| Conference table | 1 | | undetermined |
| Kitchen table | | | |
| High Chairs | 1 | | undetermined |
| New Maple Work Surfaces | 1 | | undetermined |
| New 72" High Metal Storage Cabinets. Light Grey | 1 | | undetermined |
| Gitana Laminate Maple 6x6 Curved Corner Desk with one full heigh box/box | 5 | Friant | undetermined |
| 96x36 Wood Packing Table | 2 | Uline | undetermined |
| Work Stool | 2 | Uline | undetermined |
| Zuo Glaxy Table | 1 | Zuo | undetermined |

Quantason LLC

SCHEDULE B PERSONAL PROPERTY
Rider B.28

Office Equipment, Furnishings, And Supplies
(continued)

SENSORS / SYSTEM DEVELOPMENT INVENTORY

| DESCRIPTION OF PROPERTY | MANUFACTURER | SERIAL NUMBER / ID | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| Ohmic Ultrasound Power Meter Model UPM-DT-10AV | Ohmic Instruments.com | S/N: 124 Model#: UPM-DT-10AV Q#QUA-124 | undetermined |
| TREK Amplifier (for e.g. driving Piezo elements) | trekinc.com | S/N: 124 Model#: 2100-HF-LCE Q#QUA-124 | undetermined |
| Wavetek 184 Signal Generator | Aeroflex | S/N: K6470643 Model#: Q#QUA-0643 | undetermined |
| Large Water Tank | | S/N: Piece #264 Model#: Lot 009037 Q#:QUA-9037 | undetermined |
| APC-Smart-UPS | apcc.com | S/N: 3B1032X53554 Model#: BR700G Q#: QUA-3554 | undetermined |
| Mastech HY3003F-3 Triple DC Power Supply | | S/N: 222496 Model#: Q#:QUA-2496 | undetermined |
| Thruline Wattmeter Model 4410A | Bird Technologies group | S/N:61000207 Model#:2080-066TA Q#:QUA-0207 | undetermined |
| Olympus 5077PR Square Wave Pulser-Receiver | Olympus | S/N:00187403 Model#:5077PR Q#:QUA-7403 | undetermined |
| Parker ACR9000 Motor Controller | Parker Hannifin | S/N: 7050800097 Model#: 9000PIU4MOQ#:QUA-0097 | undetermined |
| Parker E-Series Compumotor E-RC | Parker Hannifin | S/N: 7090400256 Model#: Q#:QUA-0256 | undetermined |
| Parker E-Series Compumotor E-RC | Parker Hannifin | S/N:7053000190 Model#: Q#:QUA-0190 | undetermined |
| Parker E-Series Compumotor E-RC | Parker Hannifin | S/N:7053000191 Model#: Q#:QUA-0191 | undetermined |
| Parker Ballscrew 402T02XESD2H12 Z- Axis | Parker Hannifin | S/N: 07005495601a Model#: Q#:QUA-601A | undetermined |
| Parker Ballscrew 402T02XESD2H12LII Y-Axis | Parker Hannifin | S/N: 07004645104A Model#: Q#:QUA-I04A. | undetermined |
| Parker Ballscrew X-Axis | Parker Hannifin | S/N: Model#: 070048451 Q#:QUA-8451 | undetermined |
| Parker Stepper Motor HV232-02-10 Z-Axis | Parker Hannifin | S/N:7092600532 Model#: Q#:QUA-0532 | undetermined |
| Parker Stepper Motor HV232-02-10 Y-Axis | Parker Hannifin | S/N:7053000473 Model#: Q#:QUA-0473 | undetermined |
| Parker Stepper Motor HV232-02-10 X-Axis | Parker Hannifin | S/N:7053000474 Model#: Q#:QUA-0474 | undetermined |
| Parker Part 4504 | | S/N: 4645101 Model#: Q#:QUA-5101 | undetermined |
| Empower Low Pass Filter 1-250 MHz, 25W | Empower | S/N:1001 D/C 0342 Model#:2069-131351C3FEW Q#:QUA-0342 | undetermined |
| ENI 3100L RJ Amplifier, 250kHz105 MHz | ENI | S/N: 229 Model#: Q#:QUA-229 | undetermined |
| Panametrics Ultrasound Transducer 1" dia., 3.5 MHz, 4" focal length | Olympus | S/N:507975 Model#:A380S Q#:QUA-7975 | undetermined |
| Panametrics Ultrasound Transducer .75" dia, 3.5 MHz, 4" focal length | Olympus | S/N: 507565 Model#:A381S Q#:QUA-7565 | undetermined |
| Panametrics Ultrasound Transducer .75" dia, 3.5 MHz, 4" focal length | Olympus | S/N:234228 Model#:A381S Q#:QUA-4228 | undetermined |
| Panametrics Ultrasound Transducer .5" dia, 3.5 MHz, unknown focal length | | S/N:348595 Model#: Q#:QUA-8595 | undetermined |
| B&k Conditioning Amplifier | Nexus | S/N: 1111113 Model#: Q#:QUA-I113 | undetermined |
| DCPower Supply HY3003F-3 | TE | S/N: 256616 Model#: Q#:QUA-6616 | undetermined |
| B&k Conditioning Amplifier | B&K | S/N: 1755700 Model#: Q#:QUA-5700 | undetermined |
| Variable Speed Pump Drive | | S/N: Model#:75211-62 Q#:QUA-1162 | undetermined |
| Ryobi | | S/N: 130879713 Model#: Q#:QUA-9713 | undetermined |

Quantason LLC

SCHEDULE B PERSONAL PROPERTY
Rider B.28

Office Equipment, Furnishings, And Supplies
*(continued)*

SENSORS / SYSTEM DEVELOPMENT INVENTORY *(cont'd)*

| DESCRIPTION OF PROPERTY | MANUFACTURER | SERIAL NUMBER / ID | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| PXIe-1082 8-slot 3U PXI Express Chassis | National Instruments | S/N: 300EB30 Model#: Q#:QUA-EB30 | undetermined |
| NI PXIe-7962R | National Instruments | S/N: 0186F1CE Model#: Q#:QUA-F1CE | undetermined |
| NI PXIe-7962R | National Instruments | S/N: 0186F1C9 Model#: Q#:QUA-F1C9 | undetermined |
| NI PXI-5734 | National Instruments | S/N: 1813629 Model#: Q#:QUA-3629 | undetermined |
| NI PXI-5734 | National Instruments | S/N: Model#:1868BD4 Q#:QUA-88D4 | undetermined |
| NI-PXIe-8135 | National Instruments | S/N: Model#: Q#:QUA- | undetermined |
| LabVIEW 2012 FDS | National Instruments | S/N:M77X63547 Model#: Q#:QUA-3547 | undetermined |
| LabVIEW 2012 FPGA | National Instruments | S/N:M77X82767 Model#: Q#:QUA-2767 | undetermined |
| LabVIEW 2012 FPGA | National Instruments | S/N: M77X64264 Model#: Q#:QUA-4264 | undetermined |
| LabVIEW 2012 PDS | National Instruments | S/N:M77X49439 Model#: Q#:QUA-9439 | undetermined |
| Hewlett Packard | Axiom | S/N:JP1KE01124 Model#:4395A Q#:QUA-1124 | undetermined |
| Onda Hydrophone-Preamplifier | Onda | S/N: Model#:AH-2010 Q#:QUA-AH2010 | undetermined |
| Broadband Needle Hydrophone 200 micron | Onda | S/N: 1218 Model#: Q#:QUA-1218 | undetermined |
| Hydrophone Preamplifier | Onda | S/N:1445 Model#: Q#:QUA-1445 | undetermined |
| WaveAce 1012 | Teledyne Lecroy | S/N: LCRY2150c01288 Model#: Q#:QUA-1288 | undetermined |

TOTAL NET BOOK VALUE -- Office Equipment, Furnishings, And Supplies          $30,839.00

B 6D (Official Form 6D) (12/07)

In re  Quantason LLC_____,    Case No. _____14-10932_____
                  **Debtor**                                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _____ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

2

In re  Quantason LLC                                    ,          Case No.          14-10932
                    **Debtor**                                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no._____of_____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

$                     $

Total(s) ▶
(Use only on last page)

$                     $

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  Quantason LLC
_____
            Debtor

Case No. 14-10932
            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

In re  Quantason LLC _____ ,    Case No._____14-10932_____
           *Debtor*                                                  *(if known)*

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                  ___1___ continuation sheets attached

B6E (Official Form 6E) (04/13) -- Cont.

In re  Quantason LLC _____,     Case No.  14-10932 _____
                    _Debtor_                                      _(if known)_

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions                    **Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> Myles Gothelf <br> 5000 Parkway Calabasas <br> Suite 220 <br> Calabasas, CA 91302 | | | March 2014 wages, accrued vacation | | | X | 8,615.38 | 8,615.38 | 0.00 |
| **Account No.** <br><br> Edmond Rambod <br> 11731 Folkstone Lane <br> Los Angeles, CA 90077 | | | March 2014 and April 2014 wages and accrued vacation | | | X | 66,581.19 | 12,475.00 | 54,106.19 |
| **Account No.** <br><br> | | | | | | | | | |
| **Account No.** <br><br> | | | | | | | | | |

Sheet no. __1__ of ____ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals➤ (Totals of this page) | $ 75,196.57 | $ 21,090.38 | 56,106.19 |
|---|---|---|---|---|
|  | Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 75,196.57 | | |
|  | Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 21,090.38 | $ 56,106.19 |

B 6F (Official Form 6F) (12/07)

In re  Quantason LLC                               ,          Case No.  14-10932
                    Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Myles Gothelf<br>5000 Parkway Calabasas #220<br>Calabasas, CA 91302 | | | From November 2009 to March 2014;<br>Unpaid salary, accured vacation and severance | | | X | 302,260.80 |
| ACCOUNT NO.<br><br>Edmond Rambod<br>11731 Folkstone Lane<br>Los Angeles, CA 90077 | | | From December 2009 to present;<br>Unpaid salary and accrued vacation | | | X | 623,772.23 |
| ACCOUNT NO.<br><br>Edward Ray<br>1011 Morris Avenue<br>Bryn Mawr, PA 19010 | | | From October 2009 to March 2013;<br>Board of Director Fees | | | X | 127,558.22 |
| ACCOUNT NO.<br><br>Matthew Pelc<br>415 Chase Ave<br>Los Angeles, CA 90066 | | | From November 2012;<br>Accrued vacation | | | X | 273.97 |

_1_  continuation sheets attached

Subtotal ▶  $ 1,053,864.27

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Quantason LLC
_____
            Debtor

Case No. ___14-10932___
                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Continuum 1220 Washington Stret West Newton, MA 02465 | | | 2/10/14 Invoice# 8739 | | | | 23,867.98 |
| ACCOUNT NO. Capital Corporate Services, Inc., 1111B South Governors Ave, Dover DE 19904 | | | Invoice# 1943864 | | | | 200.00 |
| ACCOUNT NO. State of Delaware, Div. of Corpotations, P.O. Box 5509, Binghamton, NY 13902 | | | Deleware LLC Tax 2013 Tax Year File# 4713079 | | | | 243.25 |
| ACCOUNT NO. Polytec, Inc. (West Coast) 16400 Bake Pkwy, Suite 200 Irvine, CA 62618 | | | 2/10/14 Invoice# IN0020891 | | | | 20,710.00 |
| ACCOUNT NO. 134477 TelePacific Communications 515 S. Flower St., 47th Floor Los Angeles, CA 90071-2201 | | | 4/9/14 Invoice# 55033270-0 | | | | 453.04 |

Sheet no. __1__ of __1__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 45,474.27

Total➤ | $ 1,099,338.54
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Quantason LLC                              ,          Case No.    14-10932
_____                              _____
              **Debtor**                                                **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See ATTACHMENT G.1 | |
| | |
| | |
| | |
| | |
| | |

Quantason, LLC
ATTACHMENT G.1
EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name | Address | Description of Contract | Nature of Debtor's Interest |
|---|---|---|---|
| Barry B. Goldberg | 620 Hearts Ridge Road Conshohocken, PA 19428 | Consulting Agreement | Participant |
| BioQuantetics, Inc. | 11731 Folkstone Lane Los Angeles, CA 90077 | Exclusive License Agrement | Licensee |
| Continuum LLC | 1220 Washington Street West Newton, MA 02465 | Independent Contractor Agreement -- Addendum Proposal | Customer |
| Continuum LLC | 1220 Washington Street West Newton, MA 02465 | Independent Contractor Agreement -- Concept Project Proposal | Customer |
| Continuum LLC | 1220 Washington Street West Newton, MA 02465 | Independent Contractor Agreement -- Terms & Conditions | Customer |
| Edmond Rambod | 11731 Folkstone Lane Los Angeles, CA 90077 | Employment Agreement | Employer |
| Edward Ray | 1011 Morris Avene Bryn Mawr, PA 19010 | Board-Membership Agreement | Participant |
| Ellen B. Mendelsohn | 180 East Person Street, Suite 4302 Chicago, IL 60611 | Consulting Agreement | Participant |
| Hines REIT West LA Portfolio LP | 444 S. Flower, Suite 2100 Los Angeles, CA 90071 | Non-Residential Real Property Lease | Tenant |
| Paychex Inc. | 911 Panorama Trail S. Rochester, NY 14625-0397 | Retirement Services Agreement | Customer |
| University of Southern California | University Park Los Angeles, CA 90089-2561 | Exclusive Option to Negotiate License | Buyer |

B 6H (Official Form 6H) (12/07)

In re  Quantason LLC                                    ,          Case No. ____14-10932____
                    **Debtor**                                                            **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _____,        Case No. ___14-10932_____
                    Debtor                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                      Debtor

Date _____        Signature: _____
                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____

_____

Address

X_____                        _____
Signature of Bankruptcy Petition Preparer         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

-------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __Chief Restructuring Officer__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _Quantason, LLC_ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _21_ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _04/23/2014_____        Signature: _____
                                                          Lawrence R. Perkins
                                                [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

-------------------------------------------------------------------------------
Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| Reset | | Save As... | Print |