IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
|                      | : Chapter 11                  |
| In re                | :                             |
|                      | : Case No. 14-10932 (PJW)     |
| Quantason, LLC       | :                             |
|                      | :                             |
|        Debtor.       | :                             |
|                      | :                             |
---------------------------------------------------------------x

**NOTICE OF FILING OF BANKRUPTCY PETITION AND RELATED PLEADING;[1] NOTICE AND AGENDA OF HEARING ON FIRST DAY MOTION SCHEDULED FOR APRIL 24, 2014 AT 2:00 P.M.[2]**

**PLEASE TAKE NOTICE** that on April 23, 2014, the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code §§ 101-1532, as set forth below:

1. Voluntary Petition of Quantason, LLC [Docket No. 1, Case No. 14-10932 (PJW)]

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of its voluntary petition, the Debtor has filed the following declarations (the "Declarations"):

2. Declaration of Edmond Rambod in Support of Motion to Shorten Time Regarding Bidding Procedures for Sale Motion [Docket No. 6]

3. Declaration of Lawrence Perkins in Support of Motion to Shorten Time Regarding Bidding Procedures for Sale Motion [Docket No. 7]

---

[1] Copies of all petitions, motions and pleadings identified herein may be obtained through the United State Bankruptcy Court for the District of Delaware's CM/ECF System.

[2] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), by no later than 11:30 a.m. (EST) on November 5, 2013.

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of its voluntary petition and the Declarations, the Debtor has filed the following first day motion and related pleading (collectively, the "First Day Motion"):

4. Motion of the Debtor and Debtors in Possession to Shorten Notice and Objection Periods for the Motion of the Debtor and Debtor in Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for an Order (I)(A) Approving Procedures in Connection with the Sale of Substantially All of the Debtor's Assets; (B) Scheduling the Related Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II)(A) Authorizing the Sale of Substantially All of the Debtor's Assets Pursuant to the Successful Bidder's Asset Purchase Agreement Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 5]

**Related Documents:**

5. Motion of the Debtor and Debtor in Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for an Order (I)(A) Approving Procedures in Connection with the Sale of Substantially All of the Debtor's Assets; (B) Scheduling the Related Auction and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II)(A) Authorizing the Sale of Substantially All of the Debtor's Assets Pursuant to the Successful Bidder's Asset Purchase Agreement Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 3]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motion is scheduled for **April 24, 2014 at 2:00 P.M. (Eastern Time)** before the Honorable Peter J. Walsh at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motion may be made at the First Day Hearing.

| | |
|---|---|
| Dated: April 23, 2014<br>Wilmington, Delaware | Respectfully submitted,<br><br> /s/ *R. Craig Martin*  <br>R. Craig Martin (5032)<br>Daniel N. Brogan (5723)<br>DLA PIPER LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: craig.martin@dlapiper.com<br>           daniel.brogan@dlapiper.com<br><br>-and-<br><br>Kimberly D. Newmarch (DE 4340)<br>DLA PIPER LLP (US)<br>203 N. LaSalle Street, Suite 1900<br>Chicago, Illinois 60601<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email:   kim.newmarch@dlapiper.com<br><br>PROPOSED ATTORNEYS FOR DEBTOR AND DEBTOR IN POSSESSION |