**EXHIBIT A**
(Amended Creditors List)

EAST\75507617.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                  :  Chapter 11
:
Quantason, LLC,[1]                     :  Case No. 14-10932 (PJW)
:
          Debtor.                      :
:
---------------------------------------------------------------x

## AMENDED LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case (the "Debtor") filed a voluntary petition in this Court on April 23, 2014 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtor's twenty largest unsecured creditors (the "Top 20 List"), based on the Debtor's books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor. The failure of the Debtor to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of any such claim.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| Myles Gothelf (Former CFO of Debtor) 5000 Parkway Calabasas #220 Calabasas, CA 91302 | N/A | Unpaid salary, accrued vacation and severance. | D | $310,876.18 |

---

[1] The mailing address for Quantason, LLC is Howard Hughes Center 6080 Center Drive, Suite 910 Los Angeles, California 90045.

1

EAST\74389943.1

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Continuum<br>1220 Washington Street<br>West Newton, MA 02465 | Continuum<br>1220 Washington Street<br>West Newton, MA 02465 | Trade Debt | | $23,867.98 |
| Polytec, Inc. (West Coast)<br>16400 Bake Pky, Suite 200<br>Irvine, CA 62618 | Polytec, Inc. (West Coast)<br>16400 Bake Pky, Suite 200<br>Irvine, CA 62618 | Trade Debt | | $20,710.00 |
| TelePacific Communications<br>515 S. Flower St., 47th Floor<br>Los Angeles, CA 90071-2201 | TelePacific Communications<br>515 S. Flower St., 47th Floor<br>Los Angeles, CA 90071-2201 | Trade Debt | | $453.04 |
| Matthew Pelc<br>415 Chase Avenue<br>Los Angeles, CA 90066 | N/A | Accrued Vacation | D | $273.97 |
| State of Delaware<br>Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | State of Delaware<br>Division of Corporations<br>PO Box 898<br>Dover, DE 19903 | Taxes | | $243.25 |
| Capital Corporate Services, Inc.<br>1111B. South Governors Ave.<br>Dover, DE 19904 | Capital Corporate Services, Inc.<br>1111B. South Governors Ave.<br>Dover, DE 19904 | Trade Debt | | $200.00 |