# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| Quantason, LLC | : Case No. 14-10932 (PJW) |
| Debtor. | : |
| | : Re Dkt. #: 22 |

------------------------------------------------------------x

## ORDER GRANTING MOTION OF THE DEBTOR FOR AN ORDER THAT AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS NOT BE APPOINTED

This matter having come before the Court on the *Motion of the Debtor for an Order that an Official Committee of Unsecured Creditors not be Appointed* (the "Motion");[1] the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted in this order; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, as set forth herein.

2. An official committee of unsecured creditors shall not be appointed in this chapter 11 case.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. This Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Dated: April 30, 2014
Wilmington, Delaware

Peter J. Walsh
United States Bankruptcy Judge