IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re                                   : Chapter 11
                                        :
Quantason, LLC                          : Case No. 14-10932 (PJW)
                                        :
    Debtor.                             :
                                        : Re Dkt. #: 71

------------------------------------------------------------x

## ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7 OF THE BANKRUPTCY CODE

This matter having come before the Court on the *Motion of the Debtor for Order Converting Case from Chapter 11 to Chapter 7 of the Bankruptcy Code* (the "Motion"), filed by the Debtor;[1] the Court having reviewed the Motion; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, as set forth herein.

2. The Debtor's Chapter 11 Case is converted, pursuant to 11 U.S.C. § 1112(a), to a case under chapter 7 of the Bankruptcy Code, effective as of the date of this Order (the "Conversion Date").

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. The Debtor shall:

   a. Forthwith turn over to the chapter 7 trustee all records and property of the Debtor's estate within its custody and control, as required by Federal Rule of Bankruptcy Procedure ("FRBP") 1019(4); and

   b. Within fifteen (15) days of the Conversion Date, file a schedule of unpaid debts incurred after commencement of the superseded case, including the name and address of each creditor, as required by FRBP 1019(5); and

4. The Debtor shall, within 15 days of the Conversion Date, file the statements and schedules required by FRBP 1019(1)(A) and 1007(b), if such documents have not already been filed.

5. The Debtor shall, within thirty (30) days after the Conversion Date, file and transmit to the United States Trustee a final report and account, as required by FRBP 1019(5)(A).

6. This Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Dated: June __, 2014
Wilmington, Delaware

_____
Peter J. Walsh
United States Bankruptcy Judge

WEST\248389377.1