**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| QUANTASON LLC | : | Case No. 14-10932(PJW) |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF SALE OF ASSETS

PLEASE TAKE NOTICE that the Order Authorizing the Sale of the Debtor's Property Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. § 363 [Docket No. 104] (the "Sale Order")[1] was entered on August 6, 2014.

Pursuant to the Sale Order, the Trustee is authorized to sell the Property to MAR Acquisitions, LLC through the Warehouse Sale process and has agreed to do so in accordance with the terms of an Asset Purchase Agreement between the parties for a purchase price of $72,000.

If you have you have the financial wherewithal to consummate an alternative transaction that is both higher and better than the transaction proposed by this Notice, you must contact Apto Solutions, Inc. with a written, irrevocable offer within ten (10) calendar days of the date hereof:

> Apto Solutions, Inc.
> Attn: Christpher Re
> 1910 MacArthur Blvd.
> Atlanta, GA 30318
> Tel: (404) 605-0992
> Fax: (404)961-9617
> cre@aptosolutions.com

---

[1] Capitalized terms shall have the meaning ascribed to them in the Sale Order and Motion.

Unless a higher and better offer is received on or before 5:00 PM EST, December 15, 2014, the Trustee will consummate the transaction with MAR Acquisitions, LLC proposed by this Notice without further Order of the Court.

Dated:  December 4, 2014                                        GEORGE L. MILLER, TRUSTEE

/s/ *George L. Miller*

Chapter 7 Trustee of the Estate of
Quantason, LLC
8 Penn Center, Suite 950
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103
Tel: (215) 561-0950